**Order filed February 27, 2014**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-13-00442-CV**
**NO. 14-13-00462-CV**
_____

**PAUL STEVEN JACOBS, Appellant**

**V.**

**MELISSA ELLEN FIELDS JACOBS, Appellee**

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2011-14576A & 2011-14576B**

## ORDER

Appellant's brief was originally due October 17, 2013. We granted three extensions of time to file appellant's brief until February 12, 2014. When we granted the third extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On February 13, 2014, counsel filed a further request for extension of time to file appellant's brief. To

date, counsel has submitted no brief. We grant the request and issue the following order.

Accordingly, we order appellant to file a brief with the clerk of this court on or before **March 13, 2014**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM